IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTINA HAMPTON                                                    PLAINTIFF

v.                           No. 4:24-cv-696-DPM

MIDLAND CREDIT MANAGEMENT,
INC.                                                                 DEFENDANT

## JUDGMENT

Hampton's complaint is dismissed with prejudice. The Court retains jurisdiction until 10 February 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2024